UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SHAWN I. LAINFIESTA,

                                                *Plaintiff*,

-against-

LIVERMORE, Block Sergeant, Great Meadow Correctional Facility; BERNARD WHITTIER, Correction Officer, Great Meadow Correctional Facility,

                                                *Defendants*.

**SO-ORDERED STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)**

11-CV-1099
(NAM/CFH)

---

       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SHAWN I. LAINFIESTA and Defendant DENNIS W. LIVERMORE that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, plaintiff voluntarily dismisses all claims on the merits, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure as against Defendant Livermore without any damages, costs, interest, attorneys' fees or any consideration of any kind whatsoever.

Dated: Albany, New York
       February 24, 2014

March 26th, 2014                      */s/ Shawn Lainfiesta*
                                                SHAWN LAINFIESTA, Plaintiff, 95-A-2531
                                                Bare Hill Correctional Facility
                                                181 Brand Rd.
                                                Caller Box #20
                                                Malone, New York 12953-0020

FOR PLAINTIFF:            COSTELLO COONEY FERARON, PLLC
                          *Pro Bono* Trial Counsel
                          500 Plum Street
                          Syracuse, NY 13204-1401

_March 31_, 2014    by _/s/ Jennifer L. Wang_
                          Jennifer L. Wang, Esq.


FOR DEFENDANT LIVERMORE:  ERIC T. SCHNEIDERMAN,
                          Attorney General of the State of New York
                          The Capitol
                          Albany, New York  12224

_April 25_, 2014    by _/s/ James J. Seaman_
                          JAMES J. SEAMAN
                          Assistant Attorney General, of Counsel


SO ORDERED:
Albany, New York

_4/28_, 2014    _/s/ Christian F. Hummel_
                          CHRISTIAN F. HUMMEL, U. S. MAGISTRATE JUDGE

ENTER: